IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ED PORTER                                           PLAINTIFF
d/b/a ED PORTER PHOTOGRAPHY

v.                          Case No. 05-2168

ARKANSAS GAME AND FISH FOUNDATION                   DEFENDANTS
and DOUGLAS NORTON

## ORDER OF DISMISSAL WITH PREJUDICE

Upon joint motion of Plaintiff and Defendant herein, it appearing to the Court that all causes of action involved in this case have been settled and compromised in full, the Complaint of the Plaintiff against the Defendant should be, and the same hereby is, dismissed with prejudice.

IT IS SO ORDERED this 31st day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 3 1 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

APPROVED BY:

By: /s/Mark Murphey Henry
Mark Murphey Henry

HENRY LAW FIRM
P.O. Box 1105
Fayetteville, Arkansas 72702
Telephone: (479) 695-1330
Facsimile: (479) 695-1332
E-Mail: mark@henrylawfirm.net

ATTORNEY FOR PLAINTIFF ED PORTER
d/b/a ED PORTER PHOTOGRAPHY

AND

By: /s/Gary N. Speed
Gary N. Speed (Ark. Bar # 83169)

SPEED LAW FIRM
111 Center Street, Suite 1200
Little Rock, AR 72201
Telephone: (501) 219-2800
Facsimile: (501) 219-2879
E-Mail: speedlaw@speedlaw.com

ATTORNEY FOR DEFENDANT
ARKANSAS GAME AND FISH FOUNDATION